IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>HARLEY DANIEL DEGROAT, and REBECCA MARIE HERNANDEZ,<br><br>　　　　　　　Defendants. | **4:21CR3009**<br><br>**ORDER** |

　　The government has moved to continue the trial, (Filing No. 47), because the defendants are both named in Count I of the indictment, the charges against the defendants have not been severed, and Defendant DeGroat was not located and arrested until July 20, 2022. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

　　IT IS ORDERED:

1)　The government's motion to continue, (Filing No. 47), is granted.

2)　DeGroat was arrested in Arizona and is being held on state drug and gun charges. As such, it is unclear when he will enter federal custody. So, a trial date will not be set at this time. Instead, a status conference will be held before the undersigned magistrate judge at 10:30 a.m. on August 16, 2022 by telephone to discuss case progression and a trial setting. Counsel for the parties shall be present at the conference.

3)　The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendants in a speedy trial, and as to both defendants, the additional time arising as a result of the granting of the motion, the time between today's date and August 16, 2022, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant

additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 21st day of July, 2022.

                                          BY THE COURT:

                                        *s/ Cheryl R. Zwart*
                                        United States Magistrate Judge