IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiffs,<br><br>vs.<br><br>HARLEY DANIEL DEGROAT, and REBECCA MARIE HERNANDEZ,<br><br>               Defendants. | **4:21CR3009**<br><br>**ORDER** |

Defendant DeGroat was recently arrested in Arizona, and he has not yet arrived in the District of Nebraska. After conferring with counsel for the government and for Defendant Hernandez,

IT IS ORDERED:

1) A status conference will be held before the undersigned magistrate judge at 1:00 p.m. on September 20, 2022 by telephone. All participants shall use the conferencing information provided by the court to participate in the call to discuss case progression and a potential trial setting. Counsel for the parties shall be present at the conference.

3) The ends of justice served by delaying a trial setting outweigh the interests of the public and the defendants in a speedy trial, and as to both defendants, the time between today's date and September 20, 2022, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

August 16, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge