IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:21-CR-3009 |
| vs. | ORDER |
| HARLEY DANIEL DEGROAT, | |
| Defendant. | |

This matter is before the Court on the defendant's objection (filing 99) to the Magistrate Judge's Findings and Recommendation (filing 91) recommending that the defendant's motion to suppress (filing 75) be denied. The Court has conducted a de novo review of the record pursuant to 28 U.S.C. § 636(b)(1). On its de novo review, the Court agrees with the Magistrate Judge's findings and recommendation, and will adopt them. Accordingly,

IT IS ORDERED:

1. The Magistrate Judge's findings and recommendation (filing 91) are adopted.

2. The defendant's objection (filing 99) is overruled.

3. The defendant's motion to suppress (filing 75) is denied.

Dated this 14th day of April, 2023.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge