IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiffs,<br><br>vs.<br><br>HARLEY DANIEL DEGROAT, and REBECCA MARIE HERNANDEZ,<br><br>                  Defendants. | **4:21CR3009**<br><br>**ORDER** |

The government has moved to continue the trial, (Filing No. 117), because a material witness is not available during the current trial setting. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) The government's motion to continue, (Filing No. 117), is granted.

2) As to both defendants, the trial of this case is set to commence before the Honorable John M. Gerrard, Senior United States District Judge, in in Courtroom 1, United States Courthouse, Lincoln, Nebraska at 9:00 a.m. on December 11, 2023, or as soon thereafter as the case may be called, for a duration of three (3) trial days. Jury selection will be held at commencement of trial.

3) Expert witness disclosures as required under Rule 16 must be served on or before November 28, 2023.

4) The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendants in a speedy trial, and as to both defendants, the additional time arising as a result of the granting of the motion, the time between today's date and December 11, 2023 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is

needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 30th day of September, 2023.

>BY THE COURT:
>
>*s/ Cheryl R. Zwart*
>United States Magistrate Judge