IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:21-CR-3009 |
| vs. | |
| | ORDER |
| HARLEY DANIEL DEGROAT, | |
| Defendant. | |

IT IS ORDERED:

1.  The defendant's motion to dismiss (filing 252) is granted.

2.  The defendant's motion for compassionate release (filing 247) is withdrawn.

Dated this 10th day of July, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge